UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAIFAH SALAHUDDIN,

                Plaintiff,

-against-

ARIANA DONNELLAN GAMBELLA, et al.,

                Defendants.

1:19-CV-7334 (CM)

CIVIL JUDGMENT

Pursuant to the order issued November 22, 2019, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses all of Plaintiff's claims against Gamils, Brantley, and Guyette, and her federal claims against Donnellan Gambella and Casagrande, for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to consider Plaintiff's remaining state-law claims against Donnellan Gambella and Casagrande, and any state-law claims not previously dismissed against Guyette, under its supplemental jurisdiction. 28 U.S.C. § 1367(c)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

Dated:   November 22, 2019
           New York, New York

                                            COLLEEN McMAHON
                                            Chief United States District Judge